**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7630**

———————

VICTOR GLASCOE,

                    Plaintiff - Appellant,

          v.

H. SOWERS, Officer,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen L. Hollander, District Judge.
(1:11-cv-02228-ELH)

———————

Submitted:  April 23, 2014                Decided:  May 6, 2014

———————

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Victor Glascoe, Appellant Pro Se.  Stephanie Judith Lane-Weber,
John S. Nugent, Assistant Attorneys General, Nancy P. Tennis,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Glascoe appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Glascoe v. Sowers, No. 1:11-cv-02228-ELH (D. Md. Sept. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED